**WO**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Eric David Marrufo,<br>Defendant. | No. CR 17-976-TUC-CKJ<br><br>**ORDER** |

Pending before the Court is the Motion to Continue Trial Date (Doc. 324) filed by Defendant Eric David Marrufo ("Marrufo"). This case is presently set for trial on December 1, 2021.

The Speedy Trial Act contains several listed exclusions that toll the running of the time in which a criminal defendant must be tried. 18 U.S.C. § 3161(h). The Motion before the Court indicates that additional time is needed for counsel to adequately consult with Marrufo, for counsel to review transcripts, and for Marrufo to review documents. Additionally, the Motion asserts the rising number of COVID-19 cases may affect the availability of witnesses. Further, Marrufo points out that courts continue to recognize the COVID-19 pandemic as an "extraordinary circumstance" meriting extensions of time, where requested. *See e.g. United States v. Harris*, 460 F.Supp.3d 873 (USDC E.D. Calif. 2020)(COVID-19 extraordinary circumstance meriting extension of speedy trial limits).

1    Marrufo requests this case be set for trial on January 10, 2022. However, COVID-19
2 restrictions in this courthouse preclude setting the trial on that date. Specifically, there are
3 no courtrooms which have been modified to allow for COVID-19 protocols available on that
4 date. Because COVID-19 has caused an inability for the Court to "conduct a trial in a
5 manner that is safe for jurors, litigants, and court staff" on that date, the Court finds that the
6 ends of justice served by continuing this case for a length of time greater than requested by
7 Marrufo outweigh the best interests of the public and the defendant in a trial extension only
8 to January 10, 2022. *United States v. Snyder*, No. 2:16-cr-160, 2021 WL 369674, at *7, 2021
9 U.S. Dist. LEXIS 20112, at *21 (N.D. Ind. Feb. 3, 2021) ("Nearly all of the delay . . . has
10 been the result of the global pandemic and the resulting inability to conduct a trial in a
11 manner that is safe for jurors, litigants, and court staff. That delay cannot rationally be
12 attributed to the prosecution and cannot be viewed as anything other than completely
13 justifiable."); *see also United States v. Olsen*, 995 F.3d 683, 692-93 (9th Cir. 2021)
14 (considering a non-exhaustive list of factors in context of COVID-19, the court reversed
15 dismissal with prejudice where government had been ready to proceed to trial, defendant
16 "insisted on sticking to his scheduled trial date," but the Central District of California
17 suspended jury trials); 18 U.S.C. § 3161(h)(7)(A). The Court will grant an extension and set
18 this matter for trial on February 22, 2012.
19    Accordingly, IT IS ORDERED the Motion to Continue Trial Date (Doc. 338) is
20 GRANTED.
21    IT IS FURTHER ORDERED as follows:
22    1. The date by which the referred magistrate judge hears the change of plea must be
23 no later than February 4, 2022, by 3:00 p.m.
24    2. This matter is RESET for trial on February 22, 2022, at 9:00 a.m.
25    3. Excludable delay under 18 U.S.C. §3161(h)(7) is found to commence on December
26 2, 2021, and end on February 22, 2022. Such time shall be in addition to other excludable

- 2 -

time under the Speedy Trial Act and shall commence as of the day following the day that would otherwise be the last day for commencement of trial.

    5. That any and all subpoenas previously issued shall remain in full force and effect through the new trial date.

    6. Any motion or stipulation to continue the scheduled trial date and change of plea deadline shall be filed with the Clerk of Court no later than 5:00 p.m., Monday, January 31, 2022. Alternatively, by that same deadline, if after consultation between government and defense counsel it is determined that a motion to continue the scheduled trial date and change of plea deadline will not be filed, government counsel shall notify the Court by an email to the chambers email address that the case and counsel are ready to proceed to trial on the scheduled trial date.

    7. The Pretrial Conference scheduled for Tuesday, November, November 23, 2021 at 2:30 p.m. is VACATED.  A Pretrial Conference is scheduled for February 15, 2022, at 2:00 p.m. for one-half hour.

    DATED this 19th day of November, 2021.

_____
Cindy K. Jorgenson
United States District Judge